**Robert E. KROECK, Respondent,**

v.

**Carol Ardyce KROECK, Appellant.**

**No. WD 40752.**

Missouri Court of Appeals,
Western District.

July 25, 1989.

James Armin Rust, Lexington, for appellant.

Robert E. Harris, Warrensburg, for respondent.

Before SHANGLER, P.J., and
LOWENSTEIN and NUGENT, JJ.

## ORDER

PER CURIAM.

Appeal from property allocation order and periodic maintenance award of marital dissolution decree.

Affirmed. Rule 84.16(b).